IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **DALLAS WELDON,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:17-cv-00501-SGC ) |
| **NATCH'S, LLC,** a domestic limited liability company, | ) ) ) ) |
| Defendant. | ) |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties to this civil action, by and through their counsel of record, hereby stipulate that this civil action may be dismissed, with prejudice, each party to bear his or its own costs, expenses, and attorneys' fees.

Date: June 28, 2017.

_____
John Allen Fulmer II (ASB-1089-O42F)
Attorney for Plaintiff

**FULMER LAW FIRM, P.C.**
P. O. Box 130373
Birmingham, Alabama  35213
Telephone:  (205) 402-2100
E-mail:      jaf@jafulmerlaw.com

**OF COUNSEL**

_/s/ Thomas E. Walker_
Thomas E. Walker (ASB-4697-E57T)
Attorney for Defendant

**WHITE ARNOLD & DOWD P.C.**
2025 Third Avenue North, Suite 500
Birmingham, Alabama  35203
Telephone:  (205) 323-1888
Facsimile:   (205) 323-8907
E-mail:      twalker@whitearnolddowd.com

**OF COUNSEL**