FILED
2017 Jun-29  PM 02:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| DALLAS WELDON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:17-cv-00501-SGC |
| ) | |
| NATCH'S, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

On June 29, 2017, a joint stipulation of dismissal was filed, signed by all parties to the above-captioned matter. (Doc. 11). Accordingly, this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs. FED. R. CIV. P. 41(a)(1)(A)(ii).

**DONE** and **ORDERED** this 29th day of June, 2017.

*[signature]*

STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE